THOMAS W. REILLY et al., Respondents, *v.* JOHN R. LEE, Appellant.

*Reilly* v. *Lee*, 85 Hun, 315, affirmed.
(Argued March 24, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered May 10, 1895, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Artemas B. Smith* for appellant.

*L. Laflin Kellogg* and *Alfred C. Petté* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting, and O'BRIEN, J., not voting.

---

JOHN CASSIDY, Appellant, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY, Respondent.

*Cassidy* v. *Atlantic Ave. R. R. Co.*, 12 Misc. Rep. 648, affirmed.
(Argued March 25, 1898; decided April 19, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered June 29, 1895, affirming a judgment in favor of defendant entered upon a dismissal of the complaint at a Trial Term.

*Isaac M. Kapper* for appellant.

*James R. Soley* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except BARTLET, J., who dissents on the ground that the case is not distinguishable from *Nolan* v. *B. C. & N. R. R. Co.* (87 N. Y. 63), and VANN, J., not voting.